IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SARAH M. ERICKSON,                          :
                                            :
        Plaintiff,                          :
                                            :        CIVIL ACTION NO.
        v.                                  :         1:10-CV-4263-AT
                                            :
BAC HOME LOAN SERVICING, LP,                :
et al,                                      :
                                            :
        Defendants.                         :

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation that the action be dismissed without prejudice for failure to effect service and for want of prosecution [Doc. 7].

The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation.  Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court.  For the reasons stated in the

Magistrate Judge's Report and Recommendation, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4 and L.R. 41.2(B), NDGa., for failure to effect service, and pursuant to Fed R. Civ. P. 41(b) and L.R. 41.3(A)(2) & (A)(3), NDGa., for want of prosecution.  The Clerk is **DIRECTED** to close this case.

It is so **ORDERED** this 10th day of August, 2011.

Amy Totenberg
United States District Judge